```
       UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 15994
   AUNDREA Y DANIELS
                                                CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR

          Debtor
   SSN XXX-XX-0844


-----------------------------------------------------------------------------
                       TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 04/22/05 and confirmed on 06/24/05.

     2.  The plan is paid in full.

     3.  The Debtor paid a total of $    8096.69 .

     4.  The Trustee made disbursements to creditors as follows:


-----------------------------------------------------------------------------
CREDITOR NAME             CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                         PAID          PAID
-----------------------------------------------------------------------------
GREENWICH FINANCE         SECURED          2900.00        246.79        2900.00
BECKET & LEE LLP          UNSECURED         103.06           .00         103.06
CITGO CITI                UNSECURED       NOT FILED          .00            .00
CREDIT ACCEPTANCE CORP    UNSECURED         447.34           .00         447.34
CREDITORS COLLECTION BUR  UNSECURED       NOT FILED          .00            .00
ENCORE                    UNSECURED       NOT FILED          .00            .00
GC SERVICES DATA CONTROL  UNSECURED       NOT FILED          .00            .00
ILLINOIS DEPT REVENUE     UNSECURED          66.00           .00          66.00
INTERNAL REVENUE SERVICE  UNSECURED         938.97           .00         938.97
RCS                       UNSECURED       NOT FILED          .00            .00
RJM ACQUISITIONS LLC      UNSECURED         128.73           .00         128.73
SUPERIOR ASSET MANAGEMEN  UNSECURED       NOT FILED          .00            .00
THOMAS GEORGE ASSOC LTD   UNSECURED       NOT FILED          .00            .00
INTERNAL REVENUE SERVICE  PRIORITY           92.11           .00          92.11
ILLINOIS DEPT REVENUE     PRIORITY          202.11           .00         202.11
ROUNDUP FUNDING LLC       UNSECURED         216.40           .00         216.40
RESURGENT CAPITAL SERVIC  UNSECURED         192.48           .00         192.48
          Summary of disbursements:

-----------------------------------------------------------------------------
                    SECURED      PRIORITY     UNSECURED       OTHER         TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED  2900.00        294.22       2092.98         .00        5287.20
PRINCIPAL PAID      2900.00        294.22       2092.98         .00        5287.20
INTEREST PAID        246.79           .00           .00         .00         246.79
TOTAL PAID          3146.79        294.22       2092.98         .00        5533.99
The Debtor's attorney, HAROLD M SAALFELD              , was allowed $    2200.00
and was paid $    2200.00 .

The Trustee received $    342.53 .

Refunds to the Debtor totaled $     20.17 .
```

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 10/08/08                          /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE